**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| JACOLBY D. BEASLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  4:24-cv-01482-AGF |
| | ) | |
| MCDONALDS, | ) | |
| | ) | |
| Defendant. | ) | |

### **ORDER**

This matter is before the Court upon the application of self-represented plaintiff Jacolby D. Beasley to proceed in the district court without prepaying fees or costs. Based on the financial information provided in the application, the application will be granted. Plaintiff's filing fee will be waived.

Additionally, the Court will order the Clerk of Court to issue process or cause process to issue upon plaintiff's complaint as to defendant McDonalds at the address of its registered agent: CT Corporation System, 120 South Central Avenue, Clayton, Missouri 63105.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's application to proceed in the district court without prepaying fees or costs is **GRANTED**.  ECF No. 3.

**IT IS FURTHER ORDERED** that that the Clerk of Court shall issue process or cause process to issue upon plaintiff's complaint as to defendant McDonalds at the address of its registered agent:  CT Corporation System, 120 South Central Avenue, Clayton, Missouri 63105.

Dated this 23rd day of January, 2025.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE