# EXHIBIT INDEX

**Exhibit A:** June 29, 2023 text-message communication concerning Plaintiff's scheduled work and management's notice that he was not needed.

**Exhibit B:** September 2024 text-message communication concerning Plaintiff's employment, scheduling, and workplace treatment.

**Exhibit C:** September 2024 text-message communication concerning Plaintiff's employment and efforts to address workplace concerns.

**Exhibit D:** August 21, 2023 text-message communication documenting Plaintiff's attempts to contact the store and management.

**Exhibit E:** Text-message communication requesting schedules from July 1 forward and documenting concern about weeks Plaintiff was not scheduled.

**Exhibits F-G:** Additional 2023 text-message screenshots supplied by Plaintiff, included as supporting communications.

**Exhibit H:** August 2, 2024 correspondence from Plaintiff to Walter Harris III at the EEOC — page 1.

**Exhibit I:** August 2, 2024 correspondence from Plaintiff to Walter Harris III at the EEOC — page 2.

# EXHIBIT A

9:44 SOS 14

49

(314) 502-3071

Get in, we're lowering our car insurance.
$828
Congrats!

2023-06-29, 7:29 PM

Don't come tomorrow have tons of ppl

Why ya wait till now to say that and I was gne come in at 11 tomorrow send somebody else home

Because i was just told that we don't need you tomorrow i was just letting you know we have grill people & a bunch of managers tomorrow

I'm at vet right now my dog just had a seizure

Ighhh bettt

Sorry bro

2023-07-02, 7:37 AM

I'm coming in at 9

GIF Type a message

9:27

12

(314) 502-3071




Thu, Jun 29, 12:45 PM

**(314) 502-3071 called you**
0 sec

Fri, Jul 07, 1:06 PM

Hey i forgot to tell you not to come

Lol my bad

Tons of ppl

**You called (314) 502-3071**
1 min 12 sec

This contact is blocked. Unblock

# EXHIBIT B


Sep 13, 2024
9:43 AM
Screenshots & recordings
Get in, we're lowering our car insurance.
Ik what he's going to say though you've been late alot and you come in super high alot and they've been seeing it
I personally don't care but they do thats why i just wake n bake And let that ride as long as i can lol
I been working 2 years here it's against the law to not give ah person a raise that been working and the job don't got nun to do with drug test so he can't try and use an excuse to not give me one
I'll talk to him like i said i was just letting you know what he may say ill try to schedule a sit down with him
Let me get his number ?
Share
Edit
Add to
Trash

# EXHIBIT C

**(314) 502-3071 ⌄**

DraftKings Sportsbook
Most generous same game p...
INSTALL




What do you mean?

Curtis if U print the information it's self explanatory

Come talk to me tomorrow im In at 10

Nothing else to talk about to you garoldo or vendic I come to work and do my stuff and week after week I'm off schedule

Fri, Sep 22, 10:44 AM

Curtis I just tried to call the store twice but I think the phone off the hook im ina lab rn tryna get drug tested

I let them know

# EXHIBIT D

(314) 502-3071

No Internet. Messages cannot be sent.

Use your voice freely!
Free Nationwide Talk & Text

Mon, Aug 21, 11:09 AM

Im coming in round 1 some td

Call the store

Mon, Aug 21, 1:48 PM

**You called (314) 502-3071**
11 sec

Will send when he calls me back

Igh

I just dont send info without permission did you call the store?

Yap jzt called like 6 times

What time did you call?

Type a message

# EXHIBIT E

(314) 502-3071 ∨

Get government assistance? Get Prime 50% off.
prime access
Try 30 days free ▸

Sat, Sep 09, 10:00 AM

Send me last week schedule I forgot abt that

You called (314) 502-3071
5 sec

Call again

Ok when i get there

Can you make it from July 1st to up to now

how many weeks gone go by and I'm not on the schedule so I don't even have to keep going through

Just last week as far as i know youre on next week

Why do you need all of those schedules?

# EXHIBIT G

10:01

SOS 97

19

(314) 502-3071

No Internet. Messages cannot be sent.

Use your voice freely!
Free Nationwide Talk & Text

I was and I tried to call and just let him know I'm not gone make it my check wasn't nun I don't got gas

Ok that's probably where the problem lies you didn't call when you texted me we usually ask for atleast 1-2 hour notice i was off today

Im waiting for him to call back

Ill hit you up when he dies

Does*

Everything ah problem with me so igh garoldo told me to call him if I got problems and everytime I try and get his number nobody wnna give it because it's top classified

Type a message

# EXHIBIT H

8:43 LTE

From J Capo beasleyjacolby@gmail.com

To WALTER HARRIS, III WALTER.HARRIS@eeoc.gov

Date Aug 2, 2024 at 5:35 PM

If im not mistaken you told me that because the owner is back my case wouldn't go. To the Best of my Knowledge I maybe 20 yrs of age but I do know Right from Wrong. What you have just done was Played on my Intelligence. There is No way you're going to tell me that I don't apparently know what Discimination is. I've been working since I was 16 yrs of age. After Graduating high school I have continued to Educate myself taking classes and receiving Certifications. I've applied to the Electrical Union being over looked. Making a call yesterday regarding the class that's supposed to start in August. I will follow up again on Monday. While being Employed at McDonald's I took a 8 week class at Mokan. While in this class they taught you about Discrimination in the Workplace. I've gone from Fast food, to

Reply Forward

**EXHIBIT I**

8:43 LTE

Union, Non Union too recently taking a Free Roofing classes being hired by the Guy who attended the training. To know that I've gone from Union filing a Complaint, McDonalds, also just filed on the Non Union job who also Terminated my Employment. To go to work everyday job after job and be Carried as if your the Everyday trash man. I am currently on a New job with an Guy who doesn't want me to Learn the Trade. To walk around be Treated like the Trash Man. If I wanted to pick up trash I would have applied but Instead I'm going to Work in the Fields I choose and be Treated Equally. For Me to know my Rights I would like for you to tell Me why you choose to allow days to continue to go bye when I've done my Research and know there's a time line on everything. So you waited for me to send you a email regarding my Complaint. When there have been 3 filed. This current Employer I've had a conversation with the Guy who hired me. His Man in Charge continues with things. When they cross the line a Complaint will be filed on that Company. I want an Opportunity like anybody else.

Reply Forward